# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 290 - 1 | **DATE** | 3/27/2009 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. DAVID YEN LEE | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 3/26/09. Defendant informed of rights. The court appoints Sergio Rodriguez as counsel for this appearance only. Enter order appointing counsel. Detention hearing is set on 4/2/09 at 9:30 a.m. Preliminary hearing to be determined.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | WH |
|---|---|---|