# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 290 - 1 | **DATE** | 7/7/2009 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. DAVID YEN LEE | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 Conference shall be held by 7/13/09. Pretrial motions are to be filed by 7/21/09. A status hearing is set before Judge Gettleman on 7/21/09 at 9:15 a.m. Defendant's oral unopposed motion to modify defendant's conditions of release is granted. Defendant's conditions of release shall be modified to allow Mr. Lee to travel solely for work purposes only within the continental United States, upon preapproval by Pretrial Services. Defendant's oral unopposed motion for early return of subpoenas is granted, with the understanding that any material obtained from the subpoenas shall be shared with all parties. Time is excluded from 7/7/09 to 7/21/09 pursuant to 18 U.S.C. § 3161 (h)(1)(E), (X-E).

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|