# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 Cr 290  -1 | **DATE** | 11/23/2010 |
| **CASE TITLE** | U S A    vs    David Yen Lee | | |

**DOCKET ENTRY TEXT:**

Defense counsel is granted leave to withdraw exhibit attachment #1 to his response to government's supplemental memorandum regarding restitution, filed 11/22/2010 as document no. 56, and he is given leave to file a redacted attachment.

[Docketing to mail  notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|