

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 09 CR 290 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| DAVID YEN LEE | ) | |

## FINAL ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of 18 U.S.C. § 1834, and the Court being fully informed hereby

FINDS as follows:

(a)     On June 23, 2009, an indictment was returned charging defendant DAVID YEN LEE with theft of trade secrets, in violation of 18 U.S.C. § 1832(a)(3) (Counts 1-5);

(b)     The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 1834;

(c)     On September 1, 2010, pursuant to Fed. R. Crim. P. 11, defendant DAVID YEN LEE entered a voluntary plea of guilty to Counts One of the indictment, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 1834;

(c)     Pursuant to the terms of his plea agreement, as a result of his violations of 18 U.S.C.1832(a)(3), defendant DAVID YEN LEE agreed that the following property was used or intended to be used to commit and to promote the commission of the charged offenses and is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 1834:

| Item No. | Description | Model Number | Serial Number |
| --- | --- | --- | --- |
| 1 | A Power HDD Enclosure | No model number | AP35VDBK |

| Item No. | Description | Model Number | Serial Number |
|---|---|---|---|
| 2 | Western Digital Hard Drive | WD1600BB-00HTA0 | WCAM51033068 |
| 3 | Adaptec 3.5" Mobile Drive | ACS-100 | 50008026 |
| 4 | Maxtor Hard Drive | 6Y200P0A64411 | Y65N4WXE |
| 5 | Simpletech Portable HDD Enclosure | 96300-40001-001 | No serial number |
| 6 | Western Digital Hard Drive | WD1600BB-00GUC0 | WCAL98361013 |
| 7 | Seagate Freeagent Desk Hard Drive | Freeagent Desk1500GB | 2GEX0Z8P |
| 8 | Western Digital Hard Drive | WD1600B015 | WCAL97517532 |
| 9 | Western Digital Hard Drive | WD800B015-RNN | WCAM97624893 |
| 10 | Western Digital Hard Drive | WD5000IO32-001 | WCAPW1951498 |
| 11 | Western Digital Hard Drive | WD800B015-RNN | WMAM98426396 |
| 12 | Western Digital Hard Drive | WD1200XMS-00 | WXEX07151032 |
| 13 | Western Digital Hard Drive | WD2500JB-00REA0 | WCANM4941978 |
| 14 | Western Digital Hard Drive | WD2500BEVS-22USTO | WXE707F45774 |
| 15 | USB HDD Enclosure | No model number | No serial number |
| 16 | Maxtor Hard Drive | 6L200P0043211 | L410X12G |
| 17 | COMPUSA External HDD Enclosure | CUHD80U2E-72 | A0402418 |
| 18 | Hitachi Hard Drive | Deskstar HDS 728080PLAT20 | S2R8ARJB |
| 19 | FL External HDD Enclsore | No model number | No serial number |
| 20 | Maxtor Hard Drive | Diamond Max 10 6L300RO | L60LLNJG |
| 21 | A-Data SD card 4GSN | 4 GB Turbo SD HC | 6046NMC790010 |
| 22 | Bocoda Thumbdrive | NB-BIU16MB-22 | 20031100050 |
| 23 | Celanese USB Thumbdrive | No model No. present | 02111000AA395405 |
| 24 | Corsair Flash Voyager Thumbdrive | G16G FG28C0356 08506035-0 | 11B57806F671B4 |
| 25 | Dow Flash Thumbdrive | No model number | No serial number |
| 26 | Innovera Thumbdrive | THNU302GJOP6AG | 0837M4J68919020 |
| 27 | Netec 512mb 4GB Flash Drive | U208 | 8CFF4396WZ |
| 28 | SanDisk Cruzer 4GB Thumbdrive | SDCZ6-4096 | BH06079GB |
| 29 | SanDisk Cruzer 4GB Thumbdrive | SDCZ6-4096RB | BH070615B |

2

| Item No. | Description | Model Number | Serial Number |
|---|---|---|---|
| 30 | Acer laptop computer | Acer 6930 ZK2 | LXASROXO38837382332500 |
| 31 | Dell Inspirion 8100 laptop computer | Inspiron PP01X | NCN-075187-1291 |
| 32 | Gateway laptop computer | M-6750 | T4A7C31019741 |
| 33 | HP Pavilion desktop computer | A1720N | MXX710012R |
| 34 | Lenovo 3000J desktop computer | Lenovo 3000 J | LX07827 |
| 35 | Toshiba laptop computer | Satellite A65 PSA 60U0CU4114753Q | 4114753Q |
| 36 | SONY 700MB CD-R | No serial number | No serial number |
| 37 | CD-R | No serial number | No serial number |

(d) Defendant DAVID YEN LEE further agreed to the entry of a preliminary order of forfeiture relinquishing any right of ownership he has in the above property so that the property may disposed of according to law;

(e) On December 8, 2010, this Court entered a preliminary order of forfeiture in which all right, title and interest of defendant DAVID YEN LEE in the foregoing property was forfeited to the United States of America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 1834. Further, the United States was directed to seize and take custody of the foregoing property. Additionally, the United States was ordered to publish notice of the United States' intention to forfeit the property and to dispose of it according to law;

(f) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(a)(6)(A) and 28 U.S.C. § 2461(c), beginning on December 16, 2010, and continuing for three consecutive weeks ending on January 14, 2011, the United States published notice of its intention to forfeit the foregoing property on the following government internet web page: www.forfeiture.gov;

(g) Furthermore, all those with a known interest in the property were duly served with a copy of the notice of forfeiture and preliminary order of forfeiture.

(h) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to do so has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 18 U.S.C. § 1834 and to the terms of his plea agreement, and Fed. R. Crim. P. 32.2, all right, title and interest of the defendant DAVID YEN LEE in the following property is hereby forfeited to the United States of America for disposition according to law:

| Item No. | Description | Model Number | Serial Number |
|---|---|---|---|
| 1 | A Power HDD Enclosure | No model number | AP35VDBK |
| 2 | Western Digital Hard Drive | WD1600BB-00HTA0 | WCAM51033068 |
| 3 | Adaptec 3.5" Mobile Drive | ACS-100 | 50008026 |
| 4 | Maxtor Hard Drive | 6Y200P0A64411 | Y65N4WXE |
| 5 | Simpletech Portable HDD Enclosure | 96300-40001-001 | No serial number |
| 6 | Western Digital Hard Drive | WD1600BB-00GUC0 | WCAL98361013 |
| 7 | Seagate Freeagent Desk Hard Drive | Freeagent Desk1500GB | 2GEX0Z8P |
| 8 | Western Digital Hard Drive | WD1600B015 | WCAL97517532 |
| 9 | Western Digital Hard Drive | WD800B015-RNN | WCAM97624893 |
| 10 | Western Digital Hard Drive | WD5000IO32-001 | WCAPW1951498 |
| 11 | Western Digital Hard Drive | WD800B015-RNN | WMAM98426396 |
| 12 | Western Digital Hard Drive | WD1200XMS-00 | WXEX07151032 |
| 13 | Western Digital Hard Drive | WD2500JB-00REA0 | WCANM4941978 |
| 14 | Western Digital Hard Drive | WD2500BEVS-22USTO | WXE707F45774 |
| 15 | USB HDD Enclosure | No model number | No serial number |
| 16 | Maxtor Hard Drive | 6L200P0043211 | L410X12G |
| 17 | COMPUSA External HDD Enclosure | CUHD80U2E-72 | A0402418 |
| 18 | Hitachi Hard Drive | Deskstar HDS 728080PLAT20 | S2R8ARJB |
| 19 | FL External HDD Enclsore | No model number | No serial number |
| 20 | Maxtor Hard Drive | Diamond Max 10 6L300RO | L60LLNJG |
| 21 | A-Data SD card 4GSN | 4 GB Turbo SD HC | 6046NMC790010 |

| Item No. | Description | Model Number | Serial Number |
|---|---|---|---|
| 22 | Bocoda Thumbdrive | NB-BIU16MB-22 | 20031100050 |
| 23 | Celanese USB Thumbdrive | No model No. present | 02111000AA395405 |
| 24 | Corsair Flash Voyager Thumbdrive | G16G FG28C0356 08506035-0 | 11B57806F671B4 |
| 25 | Dow Flash Thumbdrive | No model number | No serial number |
| 26 | Innovera Thumbdrive | THNU302GJOP6AG | 0837M4J68919020 |
| 27 | Netec 512mb 4GB Flash Drive | U208 | 8CFF4396WZ |
| 28 | SanDisk Cruzer 4GB Thumbdrive | SDCZ6-4096 | BH06079GB |
| 29 | SanDisk Cruzer 4GB Thumbdrive | SDCZ6-4096RB | BH070615B |
| 30 | Acer laptop computer | Acer 6930 ZK2 | LXASROXO38837382332500 |
| 31 | Dell Inspirion 8100 laptop computer | Inspiron PP01X | NCN-075187-1291 |
| 32 | Gateway laptop computer | M-6750 | T4A7C31019741 |
| 33 | HP Pavilion desktop computer | A1720N | MXX710012R |
| 34 | Lenovo 3000J desktop computer | Lenovo 3000 J | LX07827 |
| 35 | Toshiba laptop computer | Satellite A65 PSA 60U0CU4114753Q | 4114753Q |
| 36 | SONY 700MB CD-R | No serial number | No serial number |
| 37 | CD-R | No serial number | No serial number |

2. That, pursuant to the provisions of 21 U.S.C. § 853(g), as incorporated 1834(b), following entry of this order, the United States shall have clear title to the foregoing property and shall dispose of the property according to law. It is further ordered,

3. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

ROBERT W. GETTLEMAN
United States District Judge

DATED: 02/10/11

5